IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Melanie Johnson, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Geely LLC., DBA The Taste of Asian Bistro and Meechang Chan individually<br><br>Defendants. | Civil Action No.: 2:19-cv-0380-DCN |

**GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL**

This matter comes before the Court on the Joint Motion for Approval of Collective Action Settlement Agreement (the "Joint Motion"). The Court has reviewed the Joint Motion and the Settlement Agreement and Release (Attachment A) submitted by the parties and the Court finds that the proposed settlement is fair, adequate, and reasonable when balanced against the possible outcome of further litigation relating to liability and damages and the difficulty and delays inherent in such litigation. The Court finds that significant informal and formal discovery, investigation and research have been conducted by the parties, such that counsel for all parties are able to evaluate the strengths and weaknesses of their respective positions, and the potential outcomes of a trial on Plaintiff's claims. The Court finds that the settlement has been reached after intensive, serious, and non-collusive arm's-length negotiations.

1

2

IT IS THEREFORE ORDERED that the Joint Motion is Granted including the request for attorneys' fees and costs and that all claims in this case will be DISMISSED, WITH PREJUDICE in 75 days assuming Defendants make all payments set forth in the settlement agreement.

AND IT IS SO ORDERED.

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

April 8, 2020
Charleston, South Carolina